ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 2 5 2023

Kevin P. Weimer, Clerk
By _____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

AKEEM ELLINGTON

Criminal Indictment

No. 1:23-CR-0344

THE GRAND JURY CHARGES THAT:

## COUNT ONE
### (Conspiracy to Commit Bank Fraud – 18 U.S.C. § 1349)

1. Beginning on a date unknown, but from at least on or about February 3, 2023, and continuing until May 2023, in the Northern District of Georgia, and elsewhere, the defendant, AKEEM ELLINGTON, knowingly combined, conspired, confederated, agreed, and had a tacit understanding with K.H., and with other persons known and unknown to the Grand Jury, to commit bank fraud by knowingly executing a scheme and artifice to defraud a financial institution, that is, Bank of America, N.A, Wells Fargo Bank, N.A., Truist Financial Corporation, Bank of NY Mellon Corporation, South State Bank, N.A., United Community Bank, Inc., Friend Bank, Regions Financial Corporation, and City First Bank, N.A., and to obtain moneys, funds, credits, assets, securities and other property under the custody and control of the aforementioned financial institutions, by means of materially false and fraudulent pretenses, representations, and promises, and by the omission of material facts, in violation of Title 18, United States Code, Section 1344.

2. At all times material to this indictment, Bank of America, N.A, Wells Fargo Bank, N.A., Truist Financial Corporation, Bank of NY Mellon Corporation, South State Bank, N.A., United Community Bank, Inc., Friend Bank, Regions Financial Corporation, and City First Bank were financial institutions as defined in Title 18, United States Code, Section 20, and their deposits were insured by the FDIC.

3. The object of the conspiracy was for defendant ELLINGTON and his coconspirators to unjustly enrich themselves at the expense of the aforementioned financial institutions.

4. In furtherance of the conspiracy, and to accomplish its unlawful objective, defendant ELLINGTON, coconspirator K.H., and others known and unknown to the Grand Jury unlawfully received mail from United States Postal Service receptacles containing checks and personally identifiable information.

5. After obtaining that mail, ELLINGTON, K.H, and others known and unknown to the Grand Jury would post photographs of the checks on Telegram and Instagram, both social media internet services.

    a. The checks were in various amounts and drawn on various banks.

    b. ELLINGTON knowingly and intentionally advertised on Telegram and Instagram for individuals who wished to purchase the checks.

    c. ELLINGTON would then "wash" the checks, for a fee, and send them to individuals who would purchase the checks via various currency applications, such as CashApp, knowing that the

individuals who purchased the checks would deposit them and fraudulently obtain the value of the checks.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE

Upon conviction of the offense alleged in the Indictment, the defendant, AKEEM ELLINGTON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(a)(2), any property, real or personal, that constitutes or is derived from proceeds traceable to such offense, including but not limited to the following:

MONEY JUDGMENT: A sum of money in United States Currency representing the amount of proceeds obtained as a result of the offense alleged in the Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of defendant ELLINGTON:

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third party;
  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A __True__ BILL

__/s/ Penny Haworth__
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Stephanie Gabay-Smith*

STEPHANIE GABAY-SMITH
*Assistant United States Attorney*
Georgia Bar No. 663519
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4